IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| ATLANTA BIBLE COLLEGE | : | CASE NO.04-96782-CRM |
| & SEMINARY, INC., | : | |
| | : | |
| Debtor. | : | |
| DALE R. F. GOODMAN, Chapter 7 Trustee for: | | |
| the Bankruptcy Estate of Atlanta Bible College | : | |
| & Seminary, Inc., | | |
| | : | |
| Objector, | : | |
| | : | |
| vs. | : | CONTESTED MATTER |
| | : | |
| SEO BEOM SUK, | : | |
| | : | |
| Claimant. | : | |

**TRUSTEE'S OBJECTION TO CLAIM NUMBER 11
FILED BY SEO BEOM SUK**

COMES NOW Dale R. F. Goodman, Trustee herein, by and through counsel, and files, pursuant to Rule 3007, her objection to the Claim Number 11 filed by Seo Beom Suk in this case as follows:

Trustee objects to Claim Number 11 filed February 11, 2008, as a secured claim by Seo Beom Suk for $3,000.00, as there is no evidence of a security interest in the Debtor's property. Trustee recommends that this claim be allowed as an unsecured nonpriority claim.

The Trustee, therefore, requests that her objection to Claim Number 11 filed February 11, 2008, as a secured claim by Seo Beom Suk be sustained, and that Claim Number 11 be allowed as an unsecured nonpriority claim.

WHEREFORE, Trustee respectfully requests that her objection to the aforementioned claim be sustained, absent some response sufficient in fact and law to sustain the claim as secured, that the claim be allowed as an unsecured nonpriority claim, and for whatever other and further relief this Court deems appropriate.

Respectfully submitted this the 25th day of April, 2008.

GOODMAN & GOODMAN, P.C.

By:    */S/  Dale R. F. Goodman*

1801 Peachtree Street, NE, Ste 310    Dale R. F. Goodman, State Bar No. 300950
Atlanta, Georgia 30309-1859                Attorneys for Trustee
404/237-0800

## CERTIFICATE OF SERVICE

I, Dale R. F. Goodman, certify under penalty of perjury that I am over the age of 18 and that on April 25, 2008, I served a copy of the Trustee's Objection to Claim Number 11, filed by Seo Beom Suk, together with a copy of the Notice, by first class U.S. Mail, with adequate postage prepaid, on the following persons or entities at the addresses stated:

United States Trustee                 Seo Beom Suk
362 Richard Russell Bldg              3930 Lake Lanier Drive
75 Spring St., SW                     Duluth, GA 30096
Atlanta, GA 30303

James P. Atwood
Attorney at Law
5725 Buford Hwy, Ste 226
Atlanta, GA  30340-1232

This 25th day of April, 2008.

*/S/  Dale R. F. Goodman*
Dale R. F. Goodman

-2-

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| ATLANTA BIBLE COLLEGE | : | CASE NO.04-96782-CRM |
| & SEMINARY, INC., | : | |
| | : | |
| Debtor. | : | |
| DALE R. F. GOODMAN, Chapter 7 Trustee for: | | |
| the Bankruptcy Estate of Atlanta Bible College | : | |
| & Seminary, Inc., | : | |
| | : | |
| Objector, | : | |
| | : | |
| vs. | : | CONTESTED MATTER |
| | : | |
| SEO BEOM SUK, | : | |
| | : | |
| Claimant. | : | |

**NOTICE OF REQUIREMENT OF RESPONSE TO TRUSTEE'S OBJECTION
TO CLAIM NUMBER 11 FILED BY SEO BEOM SUK;
OF DEADLINE FOR FILING RESPONSE;  AND OF HEARING**

**PLEASE TAKE NOTICE** that Dale R. F. Goodman, Chapter 7 Trustee for the Bankruptcy Estate of Atlanta Bible College & Seminary, Inc., ( "Trustee") filed Objection to the above-referenced claim seeking an order sustaining her objection to Claim Number 11 filed by  Seo Beom Suk, absent some response sufficient in fact and law to sustain the claim as secured.

**Your rights may be affected.**  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the relief requested, or if you want the court to consider your views, then on or before **May 20, 2008**, you or your attorney must:

(1) File with the court a written response, explaining your positions and views as to why your claim should be allowed as filed.  The written response must be filed at the following address: **Room 1340, 75 Spring Street, SW, Atlanta, Georgia, 30303.** If you mail your response to the Clerk for filing, you must mail it early enough so that the Clerk will **actually receive** it on or before the date stated above.

-1-

(2) Mail or deliver a copy of your written response to the Objector's attorney at the address below stated. You must attach a Certificate of Service to your written response stating when, how, and on whom (including addresses) you served the response.

If you or your attorney do not file a timely response, the court may decide that you do not oppose the relief sought, in which event the hearing scheduled below may be cancelled and the court may enter an order disallowing your claim as requested without further notice and without a hearing.

If you or your attorney file a timely response, then a hearing will be held in **Courtroom 1203,** Richard Russell Federal Building, 75 Spring Street, SW, Atlanta, Georgia **at 11:00 a.m. on May 29, 2008.** You or your attorney must attend the hearing and advocate your position.

Dated: April 25, 2008

GOODMAN & GOODMAN, P.C.

By:   */S/  **Dale R. F. Goodman***

1801 Peachtree Street, NE, Suite 310   Dale R. F. Goodman, State Bar No. 300950
Atlanta, Georgia 30309-1859            Attorneys for Chapter 7 Trustee
404-237-0800