**IT IS ORDERED as set forth below:**

**Date: May 29, 2008**

_____
**C. Ray Mullins
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| ATLANTA BIBLE COLLEGE | : | CASE NO.04-96782-CRM |
| & SEMINARY, INC., | : | |
| | : | |
| Debtor. | : | |
| DALE R. F. GOODMAN, Chapter 7 Trustee for: | | |
| the Bankruptcy Estate of Atlanta Bible College | : | |
| & Seminary, Inc., | : | |
| | : | |
| Objector, | : | |
| | : | |
| vs. | : | CONTESTED MATTER |
| | : | |
| SEO BEOM SUK, | : | |
| | : | |
| Claimant. | : | |

**ORDER ON TRUSTEE'S OBJECTION TO CLAIM NUMBER 11
FILED BY SEO BEOM SUK**

The Trustee filed her Objection to Claim Number 11 filed as a secured claim by Seo Beom Suk on April 25, 2008. The Trustee's Objection to Claim and Notice of Requirement of Response to Trustee's Objection to Claim Number 11 filed by Seo Beom Suk; of Deadline for Filing Response; and of Hearing were served on April 25, 2008, setting a response deadline of May 20, 2008. Claim

Number 11 was objected to because there is no evidence of a security interest in the Debtor's property, and Trustee recommends that this claim be allowed as an unsecured nonpriority claim. There being no responses filed on the docket or served on the Trustee on or before the deadline of May 20, 2008, and no party appearing at the hearing on May 29, 2008, on behalf of the creditor, it is hereby

ORDERED that the Trustee's objection to Claim No. 11 filed as secured on February 11, 2008, by Seo Beom Suk in the amount of $3,000.00 is hereby SUSTAINED and Claim No. 11 is hereby allowed in its entirety as an unsecured nonpriority claim.

**[END OF DOCUMENT]**

(Signatures continued on next page)

Prepared and submitted by:
Goodman & Goodman., P.C.


  */S/   Dale R. F. Goodman*
Dale R. F. Goodman, State Bar No. 300950
1801 Peachtree Street, NE, Suite 310
Atlanta, Georgia 30309-1859
404/237-0800
Attorneys for Trustee


## DISTRIBUTION LIST

Pursuant to Local Rule 715-4(c)(2) of the Bankruptcy Court, the Clerk is requested to serve copies of the attached Order, as entered, upon the following persons or entities at the following addresses:

Goodman & Goodman, P.C.
1801 Peachtree St., NE Ste 310
Atlanta, GA 30309-1859

United States Trustee
362 Richard Russell Bldg
75 Spring St., SW
Atlanta, GA 30303-3330

James P. Atwood
Attorney at Law
5725 Buford Hwy, Ste 226
Atlanta, GA 30340-1232

Seo Beom Suk
3930 Lake Lanier Drive
Duluth, GA 30096